# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RONALD JERMAINE JACKSON, | ) |
| Petitioner, | ) |
| v. | ) Case No. 3:24-cv-1539 |
| T. LILLIARD, Warden, | ) |
| Respondent. | ) |

## JUDGMENT IN A CIVIL CASE

This matter having come before the Court, and the Court having rendered a decision;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED: June 21, 2024**

                    MONICA A. STUMP, Clerk of Court

                    By:   *s/Tina Gray,*
                              Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
                    J. PHIL GILBERT
                    U.S. DISTRICT JUDGE